UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action 21-cr-10177-PBS |
| | ) | |
| JOSEPH NEE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR A WAIVER OF INDICTMENT AND RULE 11 HEARING**

On or about June 4, 2021, the United States filed an Information and plea agreement in this matter. [D. 1-2].

Accordingly, the parties request that the Court schedule a hearing for a waiver of indictment and for a guilty plea pursuant to Fed. R. Crim. P. 11.

The parties further request that, pursuant to the terms of the agreement, the hearing be scheduled prior to June 30, 2021.   Finally, to the extent possible, the parties request that the matter not be scheduled on June 15, 17, 21, or 24-25 to accommodate the schedules of counsel.

                                              Respectfully submitted,

                                              NATHANIEL R. MENDELL
                                              ACTING UNITED STATES ATTORNEY

                                  By:    */s/ Mark J. Grady*
                                              Mark J. Grady
                                              Assistant U.S. Attorney

Dated: June 4, 2021

**Certificate of Compliance**

The parties jointly move.

  /s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

  */s/ Mark J. Grady*
Mark J. Grady, Assistant U.S. Attorney

Dated: June 4, 2021