

# Memorandum

**To:** Honorable Patti B. Saris, U.S. District Judge

**From:** Julianne Robinson, U.S. Probation Officer

**Date:** September 4, 2024

**Re:** Nee, Joseph (Docket No.: 1:21CR10177
<u>Financial Obligation and Request for Payment Schedule</u>

---

On June 20, 2024, Mr. Nee appeared before Your Honor after pleading guilty to Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 371, and Theft Concerning Programs Receiving Federal Funds and Aiding & Abetting, in violation of 18 U.S.C. § 666(a)(1)(A) & 18 U.S.C. § 2. He was sentenced to 2 years of Probation. Mr. Nee was assessed a $200 special assessment, $2,000 fine, and $12,636 in restitution. He paid the special assessment of $200. Currently, the outstanding balance is $13,536.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed upon payment schedule. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation are made in order to determine whether the schedule shall be changed.

Mr. Nee is currently unemployed but receives disability benefits. He resides with his wife. He is maintaining his mental health and has a positive support network.

At this present time, the agreement is as follows:

Mr. Nee has agreed to pay his outstanding financial obligation of $13,536 in monthly installments of $100.

If Your Honor concurs with this payment reschedule, please advise by signing below.

Respectfully submitted by:<br>
<u>/s/ Julianne Robinson</u><br>
Julianne Robinson<br>
U.S. Probation Officer

Reviewed/Approved by:
<u>/s/ Gina Affsa</u>
Gina Affsa
Supervisory U.S. Probation Officer

1

[x] The defendant's payment schedule is approved as proposed.

[ ] Other:_____

_____
Honorable Patti B. Saris
U.S. District Judge

9/5/24
Date