

# Memorandum

To: Honorable Patti B. Saris, U.S. District Judge

From: Tricia Marcy, Supervisory U.S. Probation Officer

Date: July 11, 2025

Re: Joseph Nee, Docket No.: 0101 1:21CR10177-PBS-1

**Response to Joseph Nee's Request for Early Termination of Probation**

---

On June 20, 2024, Mr. Nee appeared before Your Honor, after previously pleading guilty to one count of Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 371 and one count of Theft Concerning Programs Receiving Federal Funds and Aiding and Abetting, in violation of 18 U.S.C. § 666(a)(1)(A) and 18 U.S.C. § 2.  Mr. Nee was sentenced to two years of probation, restitution totaling $12,636, a fine of $2,000, and a special assessment of $200.

Mr. Nee commenced his term of probation on June 20, 2024, and his term expires on June 19, 2026.

Under 18 U.S.C. § 3564(c), the Court may terminate terms of probation in misdemeanor and infraction cases at any time and terms of probation in felony cases after the expiration of one year of supervision if the Court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

It is the Probation Office's position that Mr. Nee meets the statutory criteria for consideration of early termination. Mr. Nee has paid his restitution and fines and has complied with his conditions of supervision. Therefore, the Probation Office recommends that Mr. Nee's motion for early termination of probation be allowed.

1